Filed in open court 4/14/05 (w)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FILED

APR 14  2 14 PM '05

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 05-32 |
| FREDI PEREZ-MASARIEGOS, | : |
| Defendant. | : |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    ____ Crime of violence (18 U.S.C. § 3156)

    ____ Maximum sentence life imprisonment or death

    ____ 10+ year drug offense

    ____ Felony, with two prior convictions in above

    categories

    _X_ Serious risk defendant will flee

    ____ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_ Defendant's appearance as required

    ___ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    ___ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___ At first appearance

    _X_ After continuance of __ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of days (not more than 10) so that the appropriate officials can be notified since:

    1. At the time the offense was committed the defendant was:

        ___ (a) on release pending trial for a felony;

        ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ___ (c) on probation or parole for an offense.

    _X_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

      __X__ 3. The defendant may flee or pose a danger to any other person or the community.

      6. **Other Matters**.

_____

_____

DATED this 14th day of April, 2005.

                COLM F. CONNOLLY
                United States Attorney

BY: _____
                Beth Moskow-Schnoll
                Assistant United States Attorney