UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )    Plaintiff,  )  )   vs.  )  Fredi Perez-Masariegos  )  )    Defendant.  ) | CASE NO. CR 05-32 |

### ORDER

The defendant, upon entering a plea of not guilty to the Indictment on *April 14, 2005* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *May 13, 2005*. The time between the date of this order and *May 13, 2005* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED APR 14 2 14 PM '05
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE