≠AO 442 . (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

FILED
Apr 15  9 05 AM '05
CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| FREDI PEREZ-MASARIEGOS | Case Number:   CR 05-32-UNA |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____FREDI PEREZ-MASARIEGOS_____
                                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court   Violation   Probation Violation Petition

charging him or her        (brief description of offense)

RE-RENTRY AFTER DEPORTATION

in violation of _____8_____ United States Code, Section(s) _____1326(a)_____

| Peter T. Dalleo | Clerk, United States District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| By: [signature] Deputy Clerk | 4/14/ 2005 in Wilmington, DE |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                                                                Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |||
| Fredi Perez-Masariegos |||
| DATE RECEIVED  4-14-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  4-14-05 | William David, DUSM | William David |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                  _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____