UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-32-UNA |
| | : | |
| FREDI PEREZ-MASARIEGOS, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Fredi Perez-Masariegos, in the above-captioned matter.

    /s/ Penny Marshall
Penny Marshall, Esquire

    /s/ Christopher S. Koyste
Christopher S. Koyste, Esquire
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Fredi Perez-Masariegos

DATED: April 20, 2005

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on April 20, 2005 to:

> Beth Moskow-Schnoll, AUSA
> United States Attorney's Office
> 1007 Orange Street, Suite 700
> Wilmington, DE 19801

    /s/ Christopher S. Koyste
Christopher S. Koyste, Esquire
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Fredi Perez-Masariegos

DATED: April 20, 2005