IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-032-SLR |
| | ) |
| FREDI PEREZ-MASARIEGOS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 19th day of May, 2005,

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Monday, June 6, 2005** at **9:15 a.m.**, with the court initiating said call.

2. The time between this order and **June 6, 2005** shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

                                                          */s/ Sue L. Robinson*
                                            United States District Judge