

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  *(302) 573-6277*
*1007 N. Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

June 16, 2005

The Honorable Sue L. Robinson
Chief U.S. District Judge
U.S. District Court
844 King Street
Wilmington, DE 19801

      Re:    **United States v. Fredi Perez-Masariegos**
             **Criminal Action No. 05-32-SLR**

Dear Judge Robinson:

      Christopher Koyste, counsel for the defendant, has informed the United States that his client wishes to plead guilty. Therefore, the parties respectfully request that the Court schedule a change of plea hearing. A copy of the proposed Memorandum of Plea Agreement is attached for the Court's review.

                                    Respectfully submitted,

                                      COLM F. CONNOLLY
                                    United States Attorney

                      BY:      /s/
                                    Beth Moskow-Schnoll
                                    Assistant United States Attorney

cc:  Clerk, U.S. District Court
     Christopher Koyste, Esq.