IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 05-032-SLR |
| FREDI PEREZ-MASARIEGOS, | ) ) ) |
| Defendant. | ) |

O R D E R

At Wilmington this 20th day of June, 2005, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Thursday, July 7, 2005** at **10:00 a.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

2. The teleconference scheduled for **July 7, 2005** at **10:00 a.m.** is **cancelled.**

3. The time between this order and the **July 7, 2005** change of plea hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

                                                                               _____
                                                                               United States District Judge